IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| KATHY LYNN STARK, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 3:23-cv-00494 |
| ) | |
| HCA HEALTH SERVICES OF ) | |
| TENNESSEE, INC. d/b/a TRISTAR ) | |
| CENTENNIAL MEDICAL CENTER, ) | JUDGE CAMPBELL |
| ) | MAGISTRATE HOLMES |
| Defendant. ) | |

## STIPULATION OF VOLUNTARY DISMISSAL

It is hereby stipulated and agreed by and between the parties and their respective counsel that this action is voluntarily dismissed without prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). Costs are taxed to the Plaintiff for which execution may issue if necessary.

Respectfully submitted,

**THE KELLY FIRM**

/s/ Clinton L. Kelly
Clinton L. Kelly, BPR No. 16171
F. Dulin Kelly, BPR No. 04085
629 East Main Street
Hendersonville, TN 37075
Phone: (615) 800-0000
clint@kellyfirm.net
*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

The undersigned certifies that on July 14, 2023, a true copy of the foregoing was filed via the Court's ECF system and served upon all counsel of record:

Bryan Essary, Atty.
Kim Kinsler, Atty.
GIDEON, ESSARY, TARDIO & CARTER, PLC
4400 Harding Pike, Suite 1000
Nashville, Tennessee 37205
bryan@getclawfirm.com
kim@getclawfirm.com
*Counsel for Defendant*

/s/ Clinton L. Kelly
Clinton L. Kelly