# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

Kathy Lynn Stark

                Plaintiff,

v.                               Case No.: 3:23−cv−00494

HCA Health Services of Tennessee, Inc.

                Defendant,

## ENTRY OF JUDGMENT

    Judgment is hereby entered for purposes of Rule 58(a) and/or Rule 79(a) of the Federal Rules of Civil Procedure on 7/17/2023 re [17].

Lynda M. Hill
s/ Annecia L Donigan, Deputy Clerk